**Electronically Filed
Supreme Court
SCWC-27897
18-MAR-2011
01:04 PM**

SCWC-27897

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

LLOYD PRATT, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NOS. 27897, 27898 and 27899)
(CR. NOS. HC04-147, HC04-169 AND HC04-299 - CONSOLIDATED)

ORDER GRANTING MOTION TO WITHDRAW
APPLICATION FOR WRIT OF CERTIORARI FILED MARCH 14, 2011
AND ORDER TO SHOW CAUSE
(By: Nakayama, J.)

Upon consideration of Petitioner's motion to withdraw application for writ of certiorari filed March 14, 2011 at 3:45 p.m. in errata and substitute correct application filed on March 15, 2011 at 2:42 pm and the record herein,

IT IS HEREBY ORDERED the motion is granted. The application for writ of certiorari filed on March 14, 2011 is withdrawn.

It appearing that the March 15, 2011 application for writ of certiorari exceeds the page limit imposed by Rule 40.1(d) of the Hawaiʻi Rules of Appellate Procedure,

IT IS HEREBY ORDERED that Daniel G. Hempey, counsel for Petitioner Lloyd Pratt, shall, within 10 days after entry of this order, show cause as to why he should not be sanctioned and the application dismissed.  Failure to respond or to show good cause will result in sanctions.

DATED:  Honolulu, Hawaiʻi, March 18, 2011.

/s/ Paula A. Nakayama

Associate Justice

